UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FRANK NASH,                                                 :
                                                            :
                                    Plaintiff,             :
                                                            :          24-CV-2160 (VSB)
                      -against-                              :
                                                            :              **ORDER**
UNITED HEALTHCARE SERVICES,                                 :
INC., *et al.*,                                             :
                                                            :
                                    Defendants.            :
                                                            :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on March 22, 2024, (Doc. 1), and filed affidavits of service on

April 12, 2024, (Docs. 7–8).  The deadline for Defendants to respond to Plaintiff's complaint

was April 26, 2024.[1]  To date, Defendants have not appeared or responded to the complaint.

Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to

seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual

Rules and Practices in Civil Cases by no later than May 10, 2024.  If Plaintiff fails to do so or

otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 1, 2024
           New York, New York

                               VERNON S. BRODERICK
                               United States District Judge

---

[1] The docket states that service was made on April 8, 2024, and that the answers were due on April 29, 2024. However, the affidavits of service show that both Defendants were served three days earlier on April 5, 2024.