UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
FRANK NASH,                                          :
:
                    Plaintiff,   :
:         24-CV-2160 (VSB)
      - against -                                 :
:               **ORDER**
:
UNITED HEALTHCARE SERVICES, INC.   :
*and* OXFORD HEALTH INSURANCE, INC., :
:
                Defendants.  :
:
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On February 5, 2025, I held a telephonic conference in the above-captioned case. In accordance with my remarks at the conference, the parties are directed to submit a joint letter by February 14, 2025, updating the Court on the parties' efforts to settle the case and, if necessary, proposing a schedule for bench trial briefing.

SO ORDERED.

Dated: February 5, 2025
      New York, New York

                                               Vernon S. Broderick
                                               United States District Judge